IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA,
ATHENS DIVISION

| | |
|---|---|
| JIMMY AARON and JOHN MATTHEW GEIB, <br><br> Plaintiffs, <br><br> v. <br><br> ZAX, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 3:12-CV-136(CDL) |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreements are reasonable and satisfactory. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE. Defendant shall pay Plaintiffs' attorneys' fees and court costs in an amount agreed to by the parties in the private settlement agreements.

This 28th day of March, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE